**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JEFFREY HAM** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 09-4194** |
| **N. BURL CAIN, WARDEN** | * | **SECTION: "S"(6)** |

<u>**ORDER**</u>

The Court, having considered the petition, the record, the applicable law and the

Report and Recommendation of the United States Magistrate Judge, and the petitioner's

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report

and Recommendation of the United States Magistrate Judge and adopts it as its opinion in

this matter.  Therefore,

  **IT IS ORDERED** that the petition of Jeffrey Ham for issuance of a writ of habeas

corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this ___30th___ day of _____November_____, 2010.

_____
UNITED STATES DISTRICT JUDGE